Commonwealth *v.* York, Appellant.

Argued November 9, 1970. *Francis J. Fornelli,* with him *Cusick, Madden, Joyce & McKay,* for appellant; *Robert F. Banks,* First Assistant District Attorney, with him *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth ex rel. Mahoney, Appellant, *v.*
Duggan et al.

Submitted November 9, 1970. *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los,* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

CERCONE, J., absent.

Devereaux Chevrolet, Inc. *v.* Fidelity Detective
Bureau, Inc., Appellant.

Argued November 13, 1970. *Guy L. Warman,* with him *Metz, Cook, Hanna & Kelly,* for appellant; *Donald C. Bush,* with him *Philip A. Faix, Jr.,* and *Griggs, Moreland, Blair & Anderson,* for appellee.

Judgment affirmed.